SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Defendant/Counter-claimant*
*IMPLICIT NETWORKS, INC.*

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SUN MICROSYSTEMS INCORPORATED,<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>IMPLICIT NETWORKS, INC.<br><br>Defendant/Counter-claimant. | Case No. CV 09-0201 SI<br><br>**STIPULATED MOTION TO CONSOLIDATE CASES PURSUANT TO FED. R. CIV. P. 42(A) AND [PROPOSED] ORDER** |
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, ORACLE CORPORATION, SAP AMERICA, INC., AND ADOBE SYSTEMS INCORPORATED,<br><br>Defendants. | Case No. CV 09-1342 BZ |

IT IS HEREBY STIPULATED by and between all parties to the two above-captioned actions, by their counsel of record, as follows:

WHEREAS the action entitled *Sun Microsystems, Incorporated v. Implicit Networks, Inc.,* Case No. CV 09-0201 SI ("*Sun v. Implicit*") is pending in this Court, and whereas the action entitled *Implicit Networks, Inc. v. International Business Machines Corporation, Oracle Corporation, SAP America, Inc. and Adobe Systems Incorporated,* Case No. C08-01080, was transferred from the Western District of Washington pursuant to 28 U.S.C. § 1404(a) by order of that court dated March 19, 2009, for purposes of consolidation with *Sun v. Implicit* (and has been assigned Case Number C 091342 BZ by the Northern District of California); and

WHEREAS all parties agree that these cases are related pursuant to Local Rule 3-12, such that there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges, and

WHEREAS all parties to the above-captioned actions agree that these two actions should be consolidated pursuant to Fed. R. Civ. Proc. 42(a), because these two actions are, respectively, a patent declaratory relief action and a patent damages action, both of which are based upon the same two U.S. Patents and are likely to involve similar claims, issues and defenses;

THEREFORE IT IS HEREBY STIPULATED that the two above captioned actions are consolidated, pursuant to Fed. R. Civ. Proc. 42(a), for all purposes including trial.

Dated: March 27, 2009          HOSIE RICE LLP

                                                 */s/ George F. Bishop*
                                                 Spencer Hosie
                                                 shosie@hosielaw.com

Bruce Wecker
bwecker@hosielaw.com
George F. Bishop
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, California 94105
Telephone:     (415) 247-6000
Facsimile:     (415) 247-6001

*Attorney for Defendant/Counter-claimant*
*Implicit Networks, Inc.* in CV 09-0201
*and Attorney for Plaintiff/Counter-defendant in CV-*
*09-1342*

Dated: March 27, 2009                    FISH & RICHARDSON P.C.

                                         */s/ Katherine Kelly Lutton*
                                         Katherine Kelly Lutton (CA Bar No. 194971)
                                         lutton@fr.com
                                         Robert J. Kent (CA Bar No. 250905)
                                         RJKent@fr.com
                                         FISH & RICHARDSON P.C.
                                         500 Arguello Street, Suite 500
                                         Redwood City, California 94063-1526
                                         Telephone:  (650) 839-5070
                                         Facsimile:  (650) 839-5071

                                         Barbara A. Benoit *(Pro Hac Vice)*
                                         FISH & RICHARDSON P.C.
                                         1425 K Street, N.W., Suite 1100
                                         Washington, DC 20005
                                         Telephone:     (202) 783-5070
                                         Fax:               (202) 783-2331
                                         E-mail:  benoit@fr.com

                                         *Attorney for Plaintiff/Counter-defendant*
                                         *Sun Microsystems Incorporated*

Date:  March 27, 2009                     */s/ Frank E. Scherkenbach*
                                         Frank E. Scherkenbach (CA Bar No. 142549)
                                         FISH & RICHARDSON P.C.
                                         225 Franklin Street
                                         Boston, MA  02110-2804
                                         Telephone:  (617) 542-5070

1
Email:  scherkenbach@fr.com

2
Jason W. Wolff (CA Bar No. 215819)

3
FISH & RICHARDSON P.C.
12390 El Camino Real

4
San Diego, CA  92130
Telephone:  (858) 678-5070

5
E-mail:  wolff@fr.com

6
*Attorney for Defendant Adobe Systems, Incorporated*

7

8
Date:  March 27, 2009          */s/ Katherine Kelly Lutton*_____

9
Katherine Kelly Lutton (CA Bar No. 194971)
Robert J. Kent (CA Bar No. 250905)

10
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500

11
Redwood City, California 94063
Telephone:    (650) 839-5070

12
Fax:           (650) 839-5071
E-mail: lutton@fr.com; RJKent@fr.com

13

14
*Attorneys for Defendant SAP America Inc.*

15

16
Date:  March 27, 2009          */s/ Amy H. Candido*_____

17
Amy H. Candido (CA Bar. No. 237829)
QUINN EMANUEL URQUHART OLIVER &

18
HEDGES, LLP
50 California Street, 22nd Floor

19
San Francisco, CA 94111
Telephone:  415-875-6600

20
Fax:  415-875-6700
E-mail:  amycandido@quinnemanuel.com

21

22
Robert W. Stone (CA Bar No. 163513)
Doug Colt (CA Bar No. 210915)

23
QUINN EMANUEL URQUHART OLIVER &
    HEDGES, LLP

24
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

25
Telephone:    (650) 801-5000
Fax:           (650) 801-5100

26
E-mail:  robertstone@quinnemanuel.com;
dougcolt@quinnemanuel.com

27

28

*Attorneys for Defendant International Business Machines Corporation*

## CERTIFICATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45X.B, I, George Bishop, attest that the above signatories have concurred and consented to the filing of this document.

DATED: March 27, 2009

*/s/George F. Bishop*_____
George F. Bishop

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: _____

Honorable Susan Illston
JUDGE OF THE U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, Janine DeAndre, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie Rice LLP, 188 The Embarcadero, Suite 750, San Francisco, California, 94105.

On March 27, 2009, I served the following attached:

**STIPULATED MOTION TO CONSOLIDATE CASES PURSUANT TO FED. R. CIV. P. 42(A) AND [PROPOSED] ORDER**

by E-mail at San Francisco, California, addressed to the following parties:

Katherine Kelly Lutton (CA Bar No. 194971)
lutton@fr.com
Robert J. Kent (CA Bar No. 250905)
RJKent@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Barbara A. Benoit *(Pro Hac Vice)*
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Fax: (202) 783-2331
E-mail: benoit@fr.com

*Attorney for Plaintiff/Counter-defendant*
*Sun Microsystems Incorporated*

Frank E. Scherkenbach (CA Bar No. 142549)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Email: scherkenbach@fr.com

Jason W. Wolff (CA Bar No. 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
E-mail:  wolff@fr.com

*Attorney for Defendant Adobe Systems, Incorporated*


Katherine Kelly Lutton (CA Bar No. 194971)
Robert J. Kent (CA Bar No. 250905)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone:      (650) 839-5070
Fax:               (650) 839-5071
E-mail: lutton@fr.com; RJKent@fr.com

*Attorneys for Defendant SAP America Inc.*


Amy H. Candido (CA Bar. No. 237829)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  415-875-6600
Fax:  415-875-6700
E-mail:  amycandido@quinnemanuel.com

Robert W. Stone (CA Bar No. 163513)
Doug Colt (CA Bar No. 210915)
QUINN EMANUEL URQUHART OLIVER &
    HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:      (650) 801-5000
Fax:               (650) 801-5100
E-mail:  robertstone@quinnemanuel.com; dougcolt@quinnemanuel.com

*Attorneys for Defendant International Business Machines Corporation*

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 27, 2009

                   */s/ Janine DeAndre*
                    Janine DeAndre