SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, ORACLE CORPORATION, SAP AMERICA, INC., AND ADOBE SYSTEMS INCORPORATED,<br><br>Defendants. | Case No. CV 09-1342 SI<br><br>**STIPULATED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(2) AND PROPOSED ORDER** |

Plaintiff Implicit Networks, Inc. ("Implicit") and Defendant Adobe Systems Incorporated ("Adobe") hereby request, pursuant to Fed. R. Civ. P. 41(a)(2), that all of Implicit's claims against Adobe in the above-captioned action be dismissed with prejudice, and that all of Adobe's counterclaims against Implicit in the above-captioned action be dismissed without prejudice with each party to bear its own costs, expenses and attorneys'

fees. The parties further request that the Court retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: April 2, 2009        \_/s/ George F. Bishop_____
Spencer Hosie
shosie@hosielaw.com
Bruce Wecker
bwecker@hosielaw.com
George F. Bishop
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, California 94105
Telephone:    (415) 247-6000
Facsimile:     (415) 247-6001

*Attorney for Plaintiff*
*Implicit Networks, Inc.*


Date:  April 2, 2009        \_/s/ Jason W. Wolff_____
Jason W. Wolff (CA Bar No. 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
E-mail:  wolff@fr.com

Frank E. Scherkenbach (CA Bar No. 142549)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Email:  scherkenbach@fr.com

*Attorney for Defendant Adobe Systems, Incorporated*

STIPULATED MOTION TO DISMISS
AND PROPOSED ORDER
2
CASE NO. CV 09-1342 SI

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George Bishop, attest that the above signatories have concurred and consented to the filing of this document.

DATED: April 2, 2009

                                                  _/s/ George F. Bishop_
                                                George F. Bishop

STIPULATED MOTION TO DISMISS        3        CASE NO. CV 09-1342 SI
AND PROPOSED ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Dated: April __, 2009    _____
                        Honorable Susan Illston
                        JUDGE OF THE U.S. DISTRICT COURT