QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Doug Colt (Bar No. 210915)
  dougcolt@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

  Amy Candido (Bar No. CA: 237829)
  amycandido@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  9411

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION AND SAP AMERICA, INC.<br><br>            Defendants. | Case No. CV 09-1342 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF WITHDRAWAL OF WILLIAMS, KASTNER & GIBBS PLLC, INCLUDING ATTORNEY JOHN A. KNOX, AS COUNSEL** |

1  Having considered the request of Defendant International Business Machines Corporation
2  ("IBM") to allow Williams, Kastner & Gibbs PLLC, including attorney John A. Knox, to
3  withdraw its appearance as counsel for IBM in this action,

4  IT IS HEREBY ORDERED that:

5  (1)  IBM's request is GRANTED;

6  (2)  Williams, Kastner & Gibbs PLLC, including attorney John A. Knox, is relieved as
7  counsel for IBM; and

8  (3)  The appearance of Quinn Emanuel Urquhart Oliver & Hedges, LLP on behalf of
9  IBM shall remain in effect and is not affected by this withdrawal.

11  DATED: April __9__, 2009

13  _____
14  HONORABLE SUSAN ILLSTON
    United States District Judge

-1-
[PROPOSED] ORDER FOR NOTICE OF WITHDRAWAL OF COUNSEL
Case No. CV 09-0201 SI