Katherine Kelly Lutton, SBN 194971
lutton@fr.com
Robert J. Kent, CA SBN 250905
rjkent@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
SAP AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, ORACLE CORPORATION, SAP AMERICA, INC., and ADOBE SYSTEMS INCORPORATED, <br><br> Defendants. | Case No. CV 09-1342 SI <br><br> **DEFENDANT SAP AMERICA, INC.'S NOTICE OF WITHDRAWAL OF ORRICK, HERRINGTON & SUTCLIFFE LLP, INCLUDING MARK S. PARRIS, AS COUNSEL** |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 11-5, Defendant SAP America, Inc. ("SAP") requests that the Court allow Orrick, Herrington & Sutcliffe LLP, including attorney Mark S. Parris, to withdraw its appearance as counsel for SAP in the above-captioned action and to be removed from receiving electronic notification of filings. The appearance of Fish & Richardson P.C. on behalf of SAP shall remain in effect and is not affected by this withdrawal. All other parties are notified in writing of this withdrawal.

| | | |
|---|---|---|
| 1 | Dated: April 9, 2009 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Katherine Kelly Lutton |
| | | Katherine Kelly Lutton, SBN 194971 |
| 4 | | lutton@fr.com |
| | | Robert J. Kent, SBN 250905 |
| 5 | | rjkent@fr.com |
| | | FISH & RICHARDSON P.C. |
| 6 | | 500 Arguello Street, Suite 500 |
| 7 | | Redwood City, California 94063 |
| | | Telephone: (650) 839-5070 |
| 8 | | Facsimile: (650) 839-5071 |
| 9 | | Attorneys for Defendant |
| | | SAP AMERICA, INC. |
| 10 | | |
| 11 | Dated: April 9, 2009 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 12 | | |
| 13 | | |
| 14 | | By: /s/ Mark S. Parris |
| | | Mark S. Parris, WSBA #13870 |
| 15 | | MParris@orrick.com |
| | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 16 | | 719 Second Avenue, Suite 1000 |
| 17 | | Seattle, Washington 98104 |
| | | Telephone: (206) 839-4300 |
| 18 | | Facsimile: (206) 839-4301 |

2    DEFENDANT SAP AMERICA, INC.'S NOTICE OF WITHDRAWAL OF ORRICK, HERRINGTON & SUTCLIFFE LLP, INCLUDING MARK S. PARRIS, AS COUNSEL
Case No. CV 09-1342 SI

**CERTIFICATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mark S. Parris.

Dated: April 9, 2009

By: /s/ Katherine Kelly Lutton
Katherine Kelly Lutton



50646699.doc

3 DEFENDANT SAP AMERICA, INC.'S NOTICE OF WITHDRAWAL OF ORRICK, HERRINGTON & SUTCLIFFE LLP, INCLUDING MARK S. PARRIS, AS COUNSEL
Case No. CV 09-1342 SI