SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
egoldstein@gfpiplaw.com
CORBY R. VOWELL
cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
IMPLICIT NETWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, ORACLE CORPORATION, SAP AMERICA, INC., AND ADOBE SYSTEMS INCORPORATED,<br><br>Defendants. | Case No. CV 09-1342 SI<br><br>**STIPULATED MOTION FOR DISMISSAL OF SAP AMERICA, INC. WITH PREJUDICE AND PROPOSED ORDER** |

The Plaintiff, Implicit Networks, Inc., and SAP America, Inc., pursuant to Rule 41 of the Federal Civil Judicial Procedure and Rules, hereby move for an order dismissing this action with regard to all claims brought Plaintiff in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 14, 2009

HOSIE RICE LLP

 /s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
egoldstein@gfpiplaw.com
CORBY R. VOWELL
cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

| | |
|---|---|
| Date: May 14, 2009 | FISH & RICHARDSON P.C.<br><br>  /s/ Katherine Kelly Lutton  <br>KATHERINE KELLY LUTTON<br>(CA Bar No. 194971)<br>lutton@fr.com<br>ROBERT J. KENT (CA Bar No. 250905)<br>RJKent@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone:   (650) 839-5070<br>Fax:             (650) 839-5071<br><br>BARBARA BENOIT<br>benoit@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street, NW<br>Washington, DC  20005<br>Tel:  206-626-6363<br><br>MARK S. PARRIS<br>mparris@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>719 Second Avenue, Suite 1000<br>Seattle, WA  98104-7097<br>Tel:  206-839-4320<br>Fax:  206-839-4301<br><br>*Attorneys for Defendants*<br>*SAP AMERICA, INC.* |

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED:   May 14, 2009

                                         /s/ Spencer Hosie  
                                        Spencer Hosie

STIPULATION OF DISMISSAL OF SAP　　　　　　2　　　　　　CASE NO. CV 09-1342 SI
WITH PREJUDICE AND PROPOSED ORDER

**IT IS SO ORDERED.**

DATED this ___ day of May, 2009.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE