SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
egoldstein@gfpiplaw.com
CORBY R. VOWELL
cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
IMPLICIT NETWORKS, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, ORACLE CORPORATION, SAP AMERICA, INC., AND ADOBE SYSTEMS INCORPORATED,<br><br>Defendants. | Case No. CV 09-1342 SI<br><br>**STIPULATED MOTION FOR DISMISSAL OF COUNTERCLAIM OF SAP AMERICA, INC. WITH PREJUDICE AND PROPOSED ORDER** |

The Plaintiff, Implicit Networks, Inc. ("Implicit"), and Defendant SAP America, Inc. ("SAP"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate and move for an order dismissing in their entirety all counterclaims asserted in this action by SAP against Implicit WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: May 21, 2009                     HOSIE RICE LLP

                                                           /s/ Spencer Hosie
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
BRUCE WECKER (CA Bar No. 078530)
bwecker@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
(415) 247-6000 Tel.
(415) 247-6001 Fax

EDWARD W. GOLDSTEIN
egoldstein@gfpiplaw.com
CORBY R. VOWELL
cvowell@gfpiplaw.com
MATTHEW J.M. PREBEG
mprebeg@gfpiplaw.com
STEPHEN W. ABBOTT
sabbott@gfpiplaw.com
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 Tel.
(713) 877-1145 Fax

*Attorneys for Plaintiff*
*IMPLICIT NETWORKS, INC.*

|   |   |
|---|---|
|   | FISH & RICHARDSON P.C. |
| Date: May 21, 2009 | /s/ Tamara Fraizer |
|   | TAMARA FRAIZER (CA Bar No. 215942) |
|   | fraizer@fr.com |
|   | KATHERINE KELLY LUTTON |
|   | (CA Bar No. 194971) |
|   | lutton@fr.com |
|   | ROBERT J. KENT (CA Bar No. 250905) |
|   | RJKent@fr.com |
|   | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
|   | Redwood City, California 94063 |
|   | Telephone: (650) 839-5070 |
|   | Fax: (650) 839-5071 |
|   |   |
|   | BARBARA BENOIT |
|   | benoit@fr.com |
|   | FISH & RICHARDSON P.C. |
|   | 1425 K Street, NW |
|   | Washington, DC 20005 |
|   | Tel: 206-626-6363 |
|   |   |
|   | MARK S. PARRIS |
|   | mparris@orrick.com |
|   | ORRICK HERRINGTON & SUTCLIFFE LLP |
|   | 719 Second Avenue, Suite 1000 |
|   | Seattle, WA 98104-7097 |
|   | Tel: 206-839-4320 |
|   | Fax: 206-839-4301 |
|   |   |
|   | *Attorneys for Defendants* |
|   | *SAP AMERICA, INC.* |

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

DATED: May 21, 2009

/s/ Spencer Hosie
Spencer Hosie

STIPULATION OF DISMISSAL OF COUNTERCLAIM OF SAP WITH PREJUDICE AND PROPOSED ORDER     2     CASE NO. CV 09-1342 SI

**IT IS SO ORDERED.**

DATED this ___ day of May, 2009.

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE