The Hon. Susan Illston

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, et al., <br><br> Defendants. | CASE NO. 3:09-cv-1342 SI <br><br> STIPULATED ORDER OF PARTIAL DISMISSAL |

### STIPULATED ORDER OF PARTIAL DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41, Plaintiff Implicit Networks Inc., by and through its counsel of record, hereby dismisses with prejudice all claims and counterclaims asserted by it against International Business Machines Corporation in *Implicit Networks Inc. v. International Business Machines Corp., et. al.*, Case No. 3:09-cv-1342 SI. Also pursuant to the provisions of Fed. R. Civ. P. 41, Defendant International Business Machines Corporation hereby dismisses with prejudice all claims and counterclaims asserted by it against Implicit Networks Inc. in the above referenced cause. Each side will bear its own fees and costs.

STIPULATED ORDER OF PARTIAL DISMISSAL - 1
CASE NO. 3:09-CV-1342 SI

Dated:  June 15, 2009

     /s/ *Spencer Hosie*
Spencer Hosie
Bruce Wecker
George F. Bishop
HOSIE RICE, LLP
188 The Embarcadero, Suite 750
San Francisco, California 94105
Telephone:     415/247-6000
Fax:               415/247-6001

Edward W. Goldstein
Matthew J.M. Prebeg
Corby R. Vowell
GOLDSTEIN, FAUCETT & PREBEG, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
Telephone:     713/877-1515
Fax:               713/877-1737

*Attorneys for Plaintiff Implicit Networks, Inc.*

Dated:  June 15, 2009

     /s/ *Amy H. Candido*
Robert W. Stone
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood City, CA  94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Amy H. Candido
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA. 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

*Attorneys for Defendant International Business Machines Corporation*

STIPULATED ORDER OF PARTIAL DISMISSAL - 2
CASE NO. 3:09-CV-1342 SI

The Hon. Susan Illston

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPLICIT NETWORKS INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, et al., <br><br> Defendants. | Case No. 3:09-cv-1342 SI <br><br> [PROPOSED] ORDER OF PARTIAL DISMISSAL |

### [PROPOSED] ORDER OF PARTIAL DISMISSAL

Plaintiff Implicit Networks, Inc. and Defendant International Business Machines Corporation have filed a Stipulated Dismissal With Prejudice, dismissing with prejudice the claims each party respectively has against the other and dismissing International Business Machines Corporation from the above-referenced action.

IT IS SO ORDERED, International Business Machines Corporation is dismissed with prejudice from the above styled matter.  Each side will bear its own fees and costs.

SIGNED this __ day of _____, 2009.

[PROPOSED] ORDER OF PARTIAL DISMISSAL - 3
CASE NO. 3:09-CV-1342 SI

1
2
3   _____
    THE HONORABLE SUSAN ILLSTON
    UNITED STATES DISTRICT COURT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER OF PARTIAL DISMISSAL - 4
CASE NO. 3:09-CV-1342 SI